UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RICARDO GONZALES,** | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-341 (RMC) |
| **MICHAEL MUKASEY,** *et al.*, | ) | |
| Respondents. | ) | |

## ORDER TRANSFERRING CASE

Petitioner Richard Gonzales pleaded guilty in the U.S. District Court for the Western District of Texas to charges under 21 U.S.C. §§ 841(a)(1), (b)(1)(A), & 846 and was sentenced to 120 months' incarceration. Judgment was entered on October 22, 2007. Mr. Gonzales is currently serving his sentence in the federal penitentiary in Ft. Worth, Texas.

Mr. Gonzales filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court on February 27, 2008. This Court lacks jurisdiction over the habeas petition because Mr. Gonzales must seek that relief in the judicial district in which he is incarcerated. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Mr. Gonzales is incarcerated in Ft. Worth, Texas, which is located in the Northern District of Texas. Accordingly, it is hereby

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Northern District of Texas; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of the petition and this Order on the Attorney General and the U.S. Attorney for the District of Columbia; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order on Mr. Gonzales, at the address listed below; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court.

**SO ORDERED**.

Date: March 10, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

cc:
Ricardo Gonzales
Reg. No. 61371-180
F.C.I. Ft. Worth
P.O. Box 15330
Ft. Worth, TX 76119